IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADONNIS CONNER,

    Plaintiff,

v.

BOUZEK ET AL,

    Defendants.

ORDER

Case No. 18-cv-1031-jdp

Plaintiff Adonnis Conner has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915 and has filed a certified inmate trust fund account statement for the six month period preceding the complaint in support of the request.

The court has considered plaintiff's trust account statement, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $400 fee for commencing this action.

ORDER

IT IS ORDERED that,

1. Plaintiff Adonnis Conner's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $400 fee no later than January 4, 2019. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $400.00 or advise the court in writing why plaintiff is not able to submit the $400 fee on or before January 4, 2019.

2. If, by January 4, 2019, plaintiff fails to pay the $400 fee, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

3. No further action will be taken in this case until the clerk's office receives plaintiff's $400 fee as directed above and the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 14th day of December, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge