IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADONNIS CONNER,

     Plaintiff,                                                                ORDER

v.
                                                                              Case No.  18-cv-1031-jdp

BOUZEK et al.,

     Defendants.

On December 14, 2018, I entered an order giving plaintiff Adonnis Conner until January 4, 2019, to submit the $400 filing fee. On January 11, 2019 the court received the $400 filing fee from plaintiff. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Adonnis Conner's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when such a decision has been made.

Entered this 11th day of January. 2019.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge