IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ADONNIS CONNER,

    Plaintiff,

v.

RANDALL BOUZEK, DR. CHERYL JEANPIERRE,
ANN YORK, CHRYSTAL MELI,
KRISTINA DEBLANC, KYLE TRITT,
NCI CARSON and JOHN DOE[1],

    Defendants.

ORDER

Case No. 18-cv-1031-jdp

---

In an order entered on August 23, 2019, plaintiff Adonnis Conner was granted leave to proceed against defendants Randall Bouzek, Ann York, and John Doe Special Needs Committee member. Dkt. 10. In the August 23 order, the court instructed plaintiff to file a supplement to his complaint explaining his failure-to-train, physical-therapy, and pain-medication claims. On September 11, plaintiff filed a supplemental complaint. Dkt. 11. On October 15, the court entered an order granting plaintiff lave to proceed against defendants Chrystal Meli, NCI Carson, Ann York, Kristina Deblanc, Randall Bouzek, Kyle Tritt, Dr. Cheryl Jeanpierre and John Doe. Dkt. 12. Pursuant to an informal service agreement between the Wisconsin Department of Justice and this court, the DOJ filed an Acceptance of Service of on behalf of all defendants, except defendants Dr. Cheryl Jeanpierre, NCI Carson and John Doe.

Because plaintiff paid the full $400 filing fee, he is not proceeding *in forma pauperis*, which means that U.S.C. U.S.C. § 1915(d) does not require that the court effect service on plaintiff's behalf. Rather I am directing the clerk's office to forward the summons, complaint (dkt. 1), plaintiff's supplemental complaint (dkt. 11) and the court's two screening orders (dkt. 10 and 12) to plaintiff to arrange for service on defendant Dr. Cheryl Jeanpierre following a

---

[1] I have amended the caption to provide the correct and full name of each defendant as indicated in the Acceptance of Service (dkt. #14).

1

method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

The Attorney General's office has agreed to accept electronic service of documents on behalf of the defendants it represents through the court's electronic filing system. This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document filed with the court to the Attorney General's office or defendants Chrystal Meli, NCI Carson, Ann York, Kristina Deblanc, Randall Bouzek and Kyle Tritt.

However, because the Department is not representing defendant Dr. Cheryl Jeanpierre, plaintiff will still be required to send paper copies of each document filed with the court to counsel for Dr. Cheryl Jeanpierre. Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures, including the most efficient way to identify the Doe defendants, will be explained more fully at the soon-to-be-scheduled preliminary pretrial conference.

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons, complaint (dkt. 1), plaintiff's supplement (dkt. 11) and the court's two screening orders (dkt. 10 and 12) to plaintiff to arrange for service on defendant Dr. Cheryl Jeanpierre. Plaintiff is to promptly serve the complaint (dkt. 1), plaintiff's supplemental complaint (dkt. 11) and the court's two screening orders (dkt. 10 and 12) on defendant Dr. Cheryl Jeanpierre and file proof of service as soon as service has been accomplished.

Entered this 1st day of November, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge