IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADONNIS CONNER,

    Plaintiff,

v.

Case No. 18-cv-1031-jdp

RANDALL BOUZEK, JOHN DOE (PHYSICAL THERAPY), CHERYL JEANPIERRE, ANN YORK, CHRYSTAL MELI (f/k/a CHRYSTAL MARCHANT), ANGELIA KROLL, RYAN KUEPPER, ANTHONY AHWORTH, and D. RANSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

4/22/2021
Date